UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                     No. 13-CR-271-LTS

LARRY GREEN,                                          ORDER

        Defendant.

-------------------------------------------------------x

         The Court has received Defendant Larry Green's pro se motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Government is directed to file its response to Mr. Green's motion, which must include his BOP medical records, by **October 21, 2020**.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.  Mr. Green's reply to the Government's response, if any, must be filed by **November 4, 2020**.

         As Mr. Green's motion attaches sensitive medical records, the Court will file a redacted version of the motion publicly on the docket, and file the original, unredacted motion under seal.  An unredacted copy of the motion will be provided to the Government.  The Government may file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The unredacted originals must be filed with the Clerk's Office with a copy of this Order.  Chambers will mail a copy of this order to Mr. Green.

         SO ORDERED.

Dated: New York, New York
      October 7, 2020

                                                                            /s/ Laura Taylor Swain
                                                                            LAURA TAYLOR SWAIN
                                                                            United States District Judge

**Copy mailed to:**
Larry Green
Reg. No. 05844-748
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887