UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-　　　　　　　　　　　　　　　　　　　　　　　　No.  13-CR-271-LTS

LARRY GREEN,

        Defendant.

-------------------------------------------------------x

## Memorandum Order

The Court has received Defendant Larry Green's pro se motion for reconsideration (Docket Entry No. 1037) of the Court's Order dated November 12, 2020 (Docket Entry No. 1014), denying his motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Government is directed to file a response to Mr. Green's motion for reconsideration, which shall include any relevant BOP medical records reflecting events since October 2020, by **January 5, 2021**.[1]  The Government may file under seal any medical records that are included in the response, and sensitive medical information may be redacted from the response that is filed on ECF.  The Government shall file the unredacted originals, including exhibits, under seal, with a copy of this Order, in compliance with the Sealed Records Filing Instructions located on the Court's website, at https://www.nysd.uscourts.gov/programs/records/sealed.  A complete, unredacted courtesy copy of the Government's response must be provided to Defendant and emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov.

---

[1] The Government submitted relevant BOP medical records of Mr. Green's pre-dating October 2020 in connection with its opposition to Mr. Green's motion for a reduction in sentence.  (See Docket Entry No. 997.)

Mr. Green's reply to the Government's response, if any, must be filed by **January 22, 2021.**

Chambers will mail a copy of this Order to Mr. Green.

SO ORDERED.

Dated: New York, New York
December 16, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**Copy mailed to:**

Larry Green
Reg. No. 05844-748
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887