UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 13-CR-271-LTS

LARRY GREEN,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the Government's letter dated January 20, 2021 (Docket Entry No. 1056), requesting a retroactive extension of its January 5, 2021, deadline to oppose Defendant Larry Green's pro se motion for reconsideration (Docket Entry No. 1037), as well as the Government's opposition to that motion. (Docket Entry No. 1057.)

It is hereby ordered that the Government's request for a retroactive extension of time is granted. Mr. Green's deadline to submit a reply to the Government's response, if any, is extended to **February 5, 2021.**

This Order resolves Docket Entry No. 1056. Chambers will mail a copy of this Order to Mr. Green.

SO ORDERED.

Dated: New York, New York
       January 20, 2021

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge

**Copy mailed to:**

Larry Green
Reg. No. 05844-748
FCI Allenwood Medium
Federal Correctional Institution
P.O. Box 2000
White Deer, PA 17887